IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TIARE TECHNOLOGY, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 2:22-cv-00182-JRG-RSP |
| | § | (Lead Case) |
| WHATABURGER RESTAURANTS, LLC | § | |
| | § | |
| *Defendant*. | § | |

### ORDER

Before the Court is the Agreed Motion to Dismiss filed by plaintiff Tiare Technology, Inc. and Defendant Whataburger Restaurants, LLC. (Dkt. No. 74.)

After due consideration, the Court **GRANTS** the motion. Accordingly, all claims asserted by Tiare Technology, Inc. against Whataburger Restaurants, LLC are **DISMISSED WITH PREJUDICE** and all claims asserted by Whataburger Restaurants, LLC against Tiare Technology, Inc. are **DISMISSED WITHOUT PREJUDICE**, with each bearing its own costs, expenses, and attorneys' fees.

The Clerk is directed to **MAINTAIN AS OPEN** Lead Case No. 2:22-cv-00182.

**So ORDERED and SIGNED this 25th day of January, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE