# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TIARE TECHNOLOGIES, INC., | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § § | CIVIL ACTION NO. 2:22-CV-0182-JRG-RSP (LEAD CASE) |
| WHATABURGER RESTRAURANTS, LLC, | § § § § | |
| *Defendant*. | § | |
| v. | § § § | |
| PANERA BREAD COMPANY AND PANERA, LLC, | § § § § | CIVIL ACTION NO. 2:22-CV-0181-JRG-RSP (MEMBER CASE) |
| *Defendants*. | § | |

## ORDER

Before the Court is the Joint Motion to Dismiss ("Motion") filed by Tiare Technology, Inc. ("Plaintiff") and Panera Bread Company and Panera, LLC ("Defendants"). (Dkt No. 101). In the Motion, the parties request dismissal of all claims between Plaintiff and Defendants with prejudice (*Id.* at 1.)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims and causes of action asserted by Plaintiff against Defendants and counterclaims asserted by Defendants against Plaintiff in the above-captioned member case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees.

The Clerk of Court is directed to **CLOSE** Member Case No. 2:22-CV-00181 as no parties or claims remain, and **MAINTAIN AS OPEN** the above-captioned Lead Case.

**So ORDERED and SIGNED this 25th day of August, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE